```
WILLIAM E. BONHAM
Attorney at Law
State Bar No. 55478
Hotel de' France Bldg, Old Sacramento
916 Second Street, 2nd Floor, Suite A
Sacramento, CA 95814

Phone:     (916) 557-1113
Facsimile: (916) 557-1118
Email:     williambonhamatty@sbcglobal.net

Attorney for Defendant
MARYSE JOSEPH
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CR S-04-008 KJM** |
| Plaintiffs, | EX PARTE MOTION FOR ORDER EXONERATING BOND AND THE RECONVEYANCE OF REAL PROPERTY AND ORDER |
| v. | |
| MARYSE JOSEPH, | |
| Defendant. | |

Defendant MARYSE JOSEPH, through counsel William E. Bonham, hereby moves the court for an order exonerating the bond and for reconveyance of real property in the above-captioned case.

**I.** On December 15, 2003 Defendant was released pursuant to order by the court upon one appearance bond, for the amount of $25,000.00, secured by a deed of trust on one parcel of real property owned by **EDDISON ANDRE, an unmarried man**, located at City of Suisun City, County of Solano, State of California.

**II.**  On April 7, 2005 Defendant was sentenced to a term of 12 months probation and 0 time of incarceration.

**III.**  The defendant and the above named surety request that the above appearance bond be exonerated and that the title of the above defined real property be reconveyed to above entitled property owner.

Dated: January 6, 2006

Respectfully submitted,

/s
WILLIAM E. BONHAM
Attorney for MARYSE JOSEPH

**ORDER**

**IT IS HEREBY ORDERED** that the above named appearance bond securing defendant Maryse Joseph's release in the above-captioned case be exonerated.  **IT IS ALSO ORDERED** that the title to the above listed real property be reconveyed back to the entitled property owner.

Dated: January 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE